1  MARY DRYOVAGE, (CA SBN 112551)
   Law Offices of Mary Dryovage
2
3  600 Harrison Street, Suite 120,
   San Francisco, CA 94107
   Telephone: 415 593-0095
4  Fax. 415 593-0096
   Email: mdryovage@igc.org
5
   Attorney for Plaintiff
6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
8

9  ARROLENE BURRELL,                    Docket No. No. 07-4893 JSW

10              Plaintiff,

11  v.

12  R. JAMES NICHOLSON, SECRETARY OF    **CERTIFICATE OF SERVICE**
    DEPARTMENT OF VETERANS AFFAIRS,
13
                Defendant.
14

15
        I am a citizen of the United States and have an office in the County of San Francisco; I
16
    am over the age of eighteen years and not a party to the above-entitled action; my address is 600
17
    Harrison Street, Suite 120, San Francisco, CA 94107
18
        On October 16, 2007, after receiving a letter from Scott M. Schools, dated October 15,
19
    2007 I re-served the COMPLAINT, SUMMONS, CIVIL COVER SHEET by hand delivering a
20
    true copy thereof enclosed in a sealed envelope to the following address:
21

22  U.S. Attorney - designated person
    Civil Division- 9th Floor
23  450 Golden Gate Avenue
    San Francisco, CA 94102
24
        I declare under penalty of perjury that the foregoing is true and correct and was executed
25
    on October 16, 2007 at San Francisco, California.
26
                                              /s/
27                                            _____
                                              Mary Dryovage
28

*Burrell v. Nicholson, Secretary of Dept. of Veterans Affairs*
Certificate of Service - complaint - Employment Discrimination                    Page 1