1

2

3

4

5                                            No. C 07-4893 JSW

6

7

8

9

10

11

12

13

14

15

16

17

18

**United States District Court**

19

20

21

22

23

24

25

26

27

28