IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROLENE C. BURRELL,<br><br>   Plaintiff,<br><br>v.<br><br>R. JAMES NICHOLSON, SECRETARY FOR THE U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>   Defendant. | No. C 07-4893 JSW<br><br>**STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration    ❏ ENE    ☒ Mediation    ❏ Settlement Conf.

**The parties request the court to appoint a mediator and that the mediation be scheduled to occur within the next three months.**

**Private Process:**

❏ Private ADR (*please identify process and provider*)

(*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

Dated: December 17, 2007        MARY DRYOVAGE /s/
                                Attorney for Plaintiff

Dated: December 17, 2007        ABRAHAM A. SIMMONS /s/
                                Attorney for Defendant

IT IS SO ORDERED.

Dated: _____          _____
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

*Dumaguit v. Potter, Postmaster General*, N.D. Cal. No. C-06-2042 JSW
STIPULATION AND ORDER SELECTING ADR PROCESS/ ADR CERTIFICATION                Page 1