SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM SIMMONS (SBN 146400)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-7264
Facsimile:    (415) 436-6748
E-mail:        abraham.simmons@usdoj.gov

Of Counsel
DONALD C. PHILIPS (SBN 129726)
United States Department of Veterans Affairs

Attorneys for Defendant R. James Nicholson, Secretary of the United States Department of Veterans Affairs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Arrolene Burrell,<br><br>            Plaintiff,<br><br>      vs.<br><br>R. James Nicholson, Secretary of the United States Department of Veterans Affairs,<br>            Defendant. | Case No.: C-07-4893-JSW<br><br>DECLARATION OF DAPHNE T. CUYLER |

Pursuant to 28 U.S.C. § 1746, I, Daphne T. Cuyler, declare as follows:

1. I am a Human Resources Specialist (Employee Relations/Labor Relations) in the Human Resources Management Service of the United States Department of Veterans Affairs Central California Healthcare System (CCHCS). In this capacity, I have personal knowledge of the following facts and could testify regarding these facts if called to do so. I submit this declaration in support of defendant's venue motion.

2. Plaintiff Arrolene Burrell's VA Official Personnel Folder (OPF) is located on the CCHCS campus in Fresno, California. Based on my review of this OPF, plaintiff's duty station from

1991 (when she transferred to Fresno) until 2005 (when she retired) was here at the Fresno VA Medical Center.

3. Based on my further review of Ms. Burrell's OPF, her last known address was in Clovis, California in Fresno County.

4. The relevant VA personnel records related to Ms. Burrell's employment at the VA are maintained in Fresno, California.

5. I am informed that plaintiff alleges in her Complaint that, "Many of the unlawful practices alleged in this complaint occurred in the County of San Francisco, which is situated in the Northern District of California." Ms. Burrell's OPF contains no record of any personnel decision related to her VA employment occurred that was made or would have been performed in the County of San Francisco. Instead, all personnel activity related to Ms. Burrell's VA employment from 1991 to 2005 that is detailed in her OPF occurred at the VA Medical Center in Fresno, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 17th day of December, 2007, in Fresno, California.

*Daphne J. Cuyler*
DAPHNE T. CUYLER

DECLARATION OF DAPHNE T. CUYLER - 2