```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM SIMMONS (SBN 146400)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
5  Telephone:    (415) 436-7264
   Facsimile:    (415) 436-6748
6  E-mail:       abraham.simmons@usdoj.gov

7  Of Counsel
   DONALD C. PHILIPS (SBN 129726)
8  United States Department of Veterans Affairs

9  Attorneys for Defendant R. James Nicholson, Secretary of the United States Department of
   Veterans Affairs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Arrolene Burrell, | ) Case No.: C-07-4893-JSW |
|---|---|
| Plaintiff, | ) DECLARATION OF CAROLYN HUGHES |
| vs. | ) |
| R. James Nicholson, Secretary of the United States Department of Veterans Affairs, Defendant. | ) |

Pursuant to 28 U.S.C. § 1746, I, Carolyn Hughes, declare as follows:

1. I am the Chief of the Social Work Service at the United States Department of Veterans Affairs Central California Healthcare System. I have personal knowledge of the following facts and could testify regarding these facts if called to do so. I submit this declaration in support of defendant's venue motion.

2. My permanent duty station is in Fresno, California and I reside in Clovis. I have been informed that among the allegations in plaintiff's complaint in this action she claims to be the victim of illegal discrimination while she was under my supervision. I deny all allegations of

DECLARATION OF CAROLYN HUGHES - 1

discrimination by me against plaintiff, Arrolene Burrell. Nonetheless, during the entire time that I was Ms. Burrell's supervisor, all activity related to my supervision of Ms. Burrell took place in Fresno, California.

3. During the entire time that I was her supervisor, Ms. Burrell's duty station was in Fresno, California.

4. The supervisory records I am aware of that are relevant to this lawsuit are maintained in Fresno, California.

5. If Ms. Burrell was ever in San Francisco County during any of the alleged discriminatory acts, I was not aware of her off the VA campus location.

6. Had Ms. Burrell chosen not to retire when she did and if she continued to work for the Department of Veterans Affairs, her duty station would have been in Fresno, California, unless she sought to transfer her duty station to another VA installation.

7. I am informed that plaintiff alleges in her Complaint that, "Many of the unlawful practices alleged in this complaint occurred in the County of San Francisco, which is situated in the Northern District of California." I can recall no interaction that I had with Ms. Burrell that occurred in the County of San Francisco. Instead, and as stated herein, all supervisory activity I conducted related to Ms. Burrell that is at issue in this action occurred at the VA Medical Center in Fresno, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this _17_ day of December, 2007, in Fresno, California.

CAROLYN HUGHES

DECLARATION OF CAROLYN HUGHES - 2