SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARROLENE C. BURRELL,<br><br>                   Plaintiff,<br><br>    v.<br><br>R. JAMES NICHOLSON, Secretary of the Department of Veteran Affairs,<br><br>                   Defendant. | No. C 07-4893 JSW<br><br>DECLARATION OF AUSA ABRAHAM A. SIMMONS IN SUPPORT OF MOTION TO DISMISS FOR LACK OF VENUE OR, IN THE ALTERNATIVE, FOR CHANGE OF VENUE TO THE EASTERN DISTRICT OF CALIFORNIA<br><br>Date:     February 8, 2007<br>Time:    9:00 a.m.<br>Ctrm:    2, 17th Floor<br>Before:  Hon. Jeffery S. White |

I, Abraham A. Simmons, declare as follows:

1. I am an Assistant United States Attorney in the Northern District of California and I have been assigned to represent the government in the above-captioned matter. If called to testify I would and could competently testify as to the facts in this declaration.

2. Attached hereto as Exhibit A electronically to the memorandum filed in connection with this declaration is a true and correct copy of the March 28, 2005 letter from the Department of Veterans Affairs Office of Resolution Management to Alan Perry that appears in the administrative file. The letter sets out the scope of the investigation that was to be performed by the investigator. The letter does not suggest the investigation would include alleged wrongdoing in connection with the 2001 reorganization of the United States Department of Veterans Affairs Central California Healthcare System office in Fresno, California.

3. Attached hereto as Exhibit B electronically to the memorandum filed in connection with this declaration is a true and correct copy of the Table of Contents from the Administrative file for this administrative record in this case. The table of contents lists affidavits that were collected for the administrative proceedings and the documents collected. According to the file all but one of the witnesses is located in the Eastern District of California. The only exception is Roberta Rosenthal who was on the interview panel that rated applicants for one of the positions about which plaintiff complains in her Complaint. Attached hereto as Exhibit C is Ms. Rosenthal's affidavit which makes clear her limited involvement in this case in that she merely interviewed plaintiff and sent her scores to the selecting official.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 17th day in December, 2007, in San Francisco, California.

_____/s/_____
ABRAHAM A. SIMMONS (SBN 146400)