

**Department Of Veterans Affairs**
**OFFICE OF RESOLUTION MANAGEMENT**
795 Willow Road, Bldg. 334, Room D206
Menlo Park, CA 94025

In Reply Refer To: ORM/08K

Sent via fax

March 28, 2005

Alan Perry, Director
VA Central California Health Care System
2615 E. Clinton Ave
Fresno CA 93703

I have been assigned to investigate EEO complaint number 200P-0570-2004104331, which was filed by Arrolene Burrell on November 3, 2004. You have been identified as a Responding Management Official (RMO). The claim accepted for investigation is as follows:

> Claim #1: Whether the complainant was subjected to discrimination on the basis of race (Black - African American), when she became aware on September 3 and 9, 2004 that management changed her title and series disallowing her from performing supervisory/non-supervisory social work duties.
>
> Claim #2: Whether the complainant was subjected to discrimination on the basis of race (Black - African American) or reprisal when not selected on December 30, 2004 for the position of Chief, Social Work Service, GS-0185-13, announcement number 04-42.
>
> Claim #3: Whether the complainant was subjected to discrimination on the basis of race (Black - African American) or reprisal when presented with a fully successful rating on December 20, 2004.
>
> Claim #4: Whether the complainant was subjected to discrimination on the basis of race (Black - African American) or reprisal when informed on January 20, 2005 of a reassignment under the supervision of Chief, Social Work Service effective February 7, 2005.

It has been determined that this complaint will be investigated by method of desk investigation. This means your testimony will be taken via telephone. This interview is scheduled for March 29, 2005 at 11:30 AM.

I will contact you at (559) 228-6100 on March 29, 2005 at 11:30 AM.