# TABLE OF CONTENTS

## A. Administrative Material and Correspondence

| | |
|---|---|
| Notices of Rights and Responsibilities – *200P-0570-2004104331* | A-1a |
| Notices of Rights and Responsibilities – *200P-0570-2005101188* | A-1b |
| Notice of Right to File a Formal Complaint – *200P-0570-2004104331* | A-2a |
| Notice of Right to File a Formal Complaint – *200P-0570-2005101188* | A-2b |
| EEO Counselor's Report – *200P-0570-2004104331* | A-3a |
| EEO Counselor's Report – *200P-0570-2005101188* | A-3b |
| Formal Complaint of Discrimination – *200P-0570-2004104331* | A-4a |
| Formal Complaint of Discrimination – *200P-0570-2005101188* | A-4b |
| Notice of Receipt of Complaint – *200P-0570-2004104331* | A-5a |
| Notice of Receipt of Complaint – *200P-0570-2005101188* | A-5b |
| Notice of Acceptance of Complaint – *200P-0570-2004104331* | A-6a |
| Notice of Acceptance of Complaint – *200P-0570-2005101188* | A-6b |
| Investigator Assignment Letters | A-7 |
| EEO Manager (Liaison) Correspondences | A-8 |
| Letters to Complainant on Interview Schedule and Rights | A-9 |
| Letters to RMO on Interview Schedule and Rights | A-10 |
| Notice of Consolidation of Complaints | A-11 |

## B. Affidavits

| | |
|---|---|
| Affidavit of Arrolene Burrell (Complainant) | B-1 |
| Affidavit of Alan Perry (RMO) | B-2 |
| Affidavit of Roberta Rosenthal (RMO) | B-3 |
| Affidavit of Dr. Nestor Manzano (RMO) | B-4 |
| Affidavit of William Cahill, M.D. (RMO) | B-5 |

## C. Records and Documents

| | |
|---|---|
| Organizational Chart | C-1 |
| Work Unit Statistics | C-2 |
| Current Position Description | C-3 |
| Prior Performance Appraisal | C-4 |
| 2003 Reassignment | C-5 |
| September 2004 Position Title Change | C-6 |
| Vacancy Announcement | C-7 |
| Complainant's Application | C-8 |
| Selectee's Application | C-9 |
| Interview Questions & Rating Notes | C-10 |
| Selection Documents | C-11 |
| December 2004 Performance Appraisal | C-12 |
| Reassignment Documents | C-13 |
| Supplemental Complainant Statement | C-14 |
| Supplemental Complainant Documents | C-15 |
| Policies and Regulations | C-16 |