DEPARTMENT OF VETERANS AFFAIRS
Office of Resolution Management
Western Operations - Palo Alto Division
11301 Wilshire Blvd., Bldg. 220, 2nd Floor
Los Angeles, CA  90073

Written Affidavit of
**Roberta Rosenthal**
In the Matter of the EEO Complaint of Discrimination

| | | |
|---|---|---|
| Arrolene Burrell | ) | |
| | ) | |
| , | ) | |
| | ) | |
| | ) | |
| **Complainant** | ) | |
| | ) | |
| v. | ) | Case No. 200P-0570-2004104331 |
| | ) | and 200P-0570-2005101188 |
| | ) | |
| Secretary | ) | |
| Department of Veterans Affairs | ) | |
| 810 Vermont Avenue, NW | ) | |
| Washington, DC 20420 | ) | |
| **Respondent** | ) | |
| | ) | |
| Facility: VA Central California Health | ) | |
| Care System | ) | |
| | ) | |

The claim accepted for investigation is:

> **Claim #1:** Whether the complainant was subjected to discrimination on the basis of race (Black - African American), when she became aware on September 3 and 9, 2004 that management changed her title and series disallowing her from performing supervisory/non-supervisory social work duties.
>
> **Claim #2:** Whether the complainant was subjected to discrimination on the basis of race (Black - African American) or reprisal when not selected on December 30, 2004 for the position of Chief, Social Work Service, GS-0185-13, announcement number 04-42.
>
> **Claim #3:** Whether the complainant was subjected to discrimination on the basis of race (Black - African American) or reprisal when presented with a fully successful rating on December 20, 2004.

**Claim #4: Whether the complainant was subjected to discrimination on the basis of race (Black - African American) or reprisal when informed on January 20, 2005 of a reassignment under the supervision of Chief, Social Work Service effective February 7, 2005.**

I, **Roberta Rosenthal**, solemnly swear/affirm that the information given in response to the following questions is true and complete to the best of my knowledge and belief.

1. Please provide your name, position title, place of employment and how long you have held this position.
   *Roberta Rosenthal, LCSW, Chief of Social Work, San Francisco VA. I have held this position for seven years.*

2. Please identify:
   - Whether you have had any prior EEO activity. *No prior activity as a complainant, prior RMO activity, no prior EEO activity involving current complainant.*
   - Your Race: *Caucasian*

3. Please explain your supervisory relationship to the complainant at the time of the allegation in this complaint.
   *No supervisory relationship, we worked in different facilities.*

4. The complainant has alleged discrimination based on: Race: (Black (African American)); Retaliation: (Prior EEO Activity). Were any of these factors a basis for any of your decisions or actions regarding the selection process for the position of Chief, Social Work Service? (*Please provide an explanation regarding any of these of which you may have not had knowledge, if applicable*).

   *None of these were factors, and I had no knowledge of complainant having any prior EEO activity.*

5. Regarding the allegation that the agency's reason is untrue, and that the action was based on illegal discrimination, the complainant testified that the reason is pretextual for the following reasons: 1) The selectee did not have any prior VA experience, 2) Complainant stated that her qualifications were superior to that of the selectee:

   Prior VA Experience
   Did the selectee have prior VA experience? If not, please explain why the complainant's prior VA experience was not given greater weight in the selection process.

   _____
   Affiant's Initials
   *(please initial each page)*

Case 3:07-cv-04893-JSW   Document 13-4   Filed 12/17/2007   Page 3 of 6
Management Affidavit for Case 200P-057' `04104331 and 200P-0570-2005101188
Page 3

> *I don't recall if the selectee did not have prior VA experience, the selectee did have experience working with veterans. It is also sometimes helpful to bring in individuals from outside the VA, as they can bring a new way of looking at things.*

### Qualifications
**Did the complainant have superior qualifications?** If not, please explain what qualifications of the selectee were considered better than the complainant, and why the complainant's qualifications were not given greater weight in the selection process.

> *I don't think her qualifications were superior. All of the applicants were rated as qualified, and their qualifications were equally impressive as the complainant. The selectee has a Ph.D., and was exceptionally qualified.*

6. Please explain any additional relevant background information, or the chronology of events leading up to this complaint. (*If you had no involvement or knowledge of these events please explain*)

> *The facility wanted a Chief of Social Work from another facility on the selection committee, so I was selected.*

7. Please cite any VA regulations, policies, or guidelines that were relied upon in making the determination in regards the claims of this complaint.   **BE SPECIFIC**
   <u>Additionally, provide copies to your EEO Program Manager for submission of any local policies, memorandums of understanding, etc.</u>

> *All policies, regulations, and guidelines were followed in the selection for this position. We utilized standardized performance based interview questions.*

8. State whether you were aware that the complainant had engaged in prior EEO activity during the time of the events of this complaint

> *The first time I became aware of complainant's EEO activity was when called by the investigator for the present complaint.*

9. If you were involved in any of the complainant's prior EEO complaints, please state the date of the incident, and your role in the complaint. Please provide a case number if it is available to you.

> *I had no involvement.*

10. Complainant believes that the adverse action in this complaint was taken in reprisal for prior EEO activity, by persons involved or aware of their past EEO complaints, and within a proximity of time. Please state whether there was any connection, or reprisal against complainant for any prior EEO activity

_____
Affiant's Initials
(please initial each page)

Case 3:07-cv-04893-JSW   Document 13-4   Filed 12/17/2007   Page 4 of 6
Management Affidavit for Case 200P-057   04104331 and 200P-0570-2005101188
Page 4

*There is no connection between the complainant's prior EEO activity and her non-selection at issue in this complaint. Her EEO activity was not discussed by any of the panel members.*

11. State whether there was a vacancy for the position in question in this complaint.
    *There was a vacancy for the position.*

12. State whether the complainant applied for this position of Service Chief.
    *Complainant applied for the position.*

13. State whether the complainant was qualified for the position. If not, please explain specifically why s/he was not qualified.
    *Complainant was rated as qualified for the position.*

14. State whether the complainant was selected/non-selected for this position.
    *The complainant was not selected for the position.*

15. State whether or not this position was filled.
    *The position was filled.*

    If yes,   who was selected? Please identify the selectee's Race , and state whether you were aware of this at the time of the selection.
    *The selectee was Dr. Carolyn Hughes (Caucasian). I was aware of Dr. Hughes race as I met her personally during her interview.*

    If the position was not filled, please explain.

16. Please identify your role in the selection process for this position.
    *I was on the interview panel that rated all of the applicants with scores that were referred to the selecting official. One of the referred applicants was interviewed by phone, so we were not aware of that applicant's race.*

17. Were interviews conducted?
    *Interviews were conducted for the position.*

18. Previous testimony in this case suggested that the complainant was not one of the three finalists referred to the selecting official. Please state whether this is correct.
    *Complainant was not among the top three scored applicants.*

19. Why was the complainant not selected, or not referred for this position? Please provide specific and concrete reasons ('better qualified' or 'best qualified' responses must be qualified... explain WHY the complainant was not as well qualified; or explain WHY the complainant's response to an interview question was not as good as those selected or referred for interviews.)

_____
Affiant's Initials
*(please initial each page)*

Case 3:07-cv-04893-JSW   Document 13-4   Filed 12/17/2007   Page 5 of 6
Management Affidavit for Case 200P-0572-2004104331 and 200P-0570-2006101188
Page 5

*We did not make the decision to non-select the complainant, but the reasons she was not rated higher is summarized in the following question.*

20. The interview notes for the position reflected that the complainant had the following weaknesses: "*Answered to questions appeared weak for one who has held this position. At times appeared to struggle to find an answer. Used the same example for several of the questions. Weak answers concerning involvement with community agencies. Based on my prior knowledge, answers about her involvement in homeless activities seemed inflated*". If these are your notes, please explain how you based these conclusions. If they are not from your notes, please explain if they are consistent with your findings (submit your notes through your EEO Manager, if available).

    *These are notes that I prepared. In general, I believe someone at this level would have more comprehensive information off the top of her head. She used for several of her answers the example of a facility that we had to close down, and I would expect that when I interview people for a high position, they can come up with several different examples. As the VISN homeless coordinator, my knowledge of specific situations and her answers were not consistent with my impression of her accomplishments.*

21. Complainant believes that her non-selection in this case was influenced by Director Al Perry. Please state whether Mr. Perry had any involvement or influence in the selection process.
    *I had no conversation with Mr. Perry about the selection. No one told me that Mr. Perry had any input or opinion on the selection.*

22. Complainant stated that she was advised by the Chief of Staff that he would be talking to the supervisors of the individual candidates. Please explain whether you spoke with the supervisors of all applicants, just those referred to the selecting official, or none of the supervisors at all.
    *I did not speak with any of the supervisors. I believe that they were going to just speak to the supervisors of the top three applicants, which did not involve the complainant.*

23. Please provide any additional information you feel would provide a better understanding of the circumstances involved in this complaint
    *I am not aware of any other information at this time.*

_____
Affiant's Initials
*(please initial each page)*

Case 3:07-cv-04893-JSW    Document 13-4    Filed 12/17/2007    Page 6 of 6
Management Affidavit for Case 200P-05    004104331 and 200P-0570-2005101188
Page 6

**In the event I may have omitted questions you feel are pertinent to this complaint, add any information and/or documentation relevant to the issues of this complaint.**

The above information has furnished without a pledge of confidence and I understand that it may be shown to the interested parties of this complaint.

This statement is made under penalty of perjury, this 27 day of July, 2005.

_____
Roberta Rosenthal (*signature*)

_____
Affiant's Initials
(*please initial each page*)