UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARROLENE C. BURRELL

    Plaintiff(s),　　　　　　　　　　　　No. C 07-04893 JSW

  v.　　　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

R. JAMES NICHOLSON

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on February 8, 2008, at 9:00 a.m., immediately following the hearing on Defendant's Motion to Dismiss for Lack of Venue, or in the alternative, to Transfer, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** January 4, 2008, in this matter. The joint case management statement shall be due on or before February 1, 2008.

                                Richard W. Wieking
                                Clerk, United States District Court

                                By:_____
                                Jennifer Ottolini, Deputy Clerk
                                Honorable Jeffrey S. White
                                (415) 522-4173

Dated: December 18, 2007