SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Of Counsel

DONALD C. PHILIPS (SBN 129726)
United States Department of Veterans Affairs

Attorneys for Defendant R. James Nicholson,
Secretary of the United States Department of
Veterans Affairs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARROLENE C. BURRELL,<br><br>            Plaintiff,<br><br>   v.<br><br>R. JAMES NICHOLSON, Secretary of the<br>Department of Veteran Affairs,<br><br>            Defendant. | No. C 07-4893 JSW<br><br>DEFENDANT'S AMENDED NOTICE OF MOTION TO DISMISS FOR LACK OF VENUE OR, IN THE ALTERNATIVE, FOR CHANGE OF VENUE TO THE EASTERN DISTRICT OF CALIFORNIA<br>FRCP 12 (b)(3),  28 U.S.C. §§ 1404, 1406<br><br>Date:     February 8, 2008<br>Time:    9:00 a.m.<br>Ctrm:    2, 17th Floor<br>Before:  Hon. Jeffery S. White |

**AMENDED NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendant R. James Nicholson hereby amends the motion filed December 17, 2007.  The text of the notice indicated the motion was scheduled for Friday, February 8, 2007, rather than Friday February 8, 2008 at 9:00a.m. in the Courtroom of the Honorable Jeffrey S. White, United States District Judge, Courtroom 2, 17th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.  This amended notice

1  corrects the typographical error and identified the correct year in which the motion shall be heard.
2       No other change is intended by this amended notice.

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

Dated: December 18, 2007                     /s/
ABRAHAM A. SIMMONS
Assistant United States Attorney

Defendant's Motion to Dismiss or For Order
Changing Venue To the Eastern District of CA
C 07-4893 JSW                               2