IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROLENE C. BURRELL, | No. C 07-4893 JSW |
| Plaintiff, | **STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]** |
| v. | **ADR CERTIFICATION** |
| R. JAMES NICHOLSON, SECRETARY FOR THE U.S. DEPARTMENT OF VETERANS AFFAIRS, | **AND ORDER THEREON** |
| Defendant. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration        ❏ ENE        ☒ Mediation        ❏ Settlement Conf.

**The parties request the court to appoint a mediator and that the mediation be scheduled to occur within the next three months.**

**Private Process:**

❏ Private ADR (*please identify process and provider*)

(*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

Dated: December 17, 2007        MARY DRYOVAGE /s/
_____
Attorney for Plaintiff

Dated: December 17, 2007        ABRAHAM A. SIMMONS /s/
_____
Attorney for Defendant

IT IS SO ORDERED.

Dated:   December 18, 2007        _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*Dumaguit v. Potter, Postmaster General*, N.D. Cal. No. C-06-2042 JSW
STIPULATION AND ORDER SELECTING ADR PROCESS/ ADR CERTIFICATION        Page 1