SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM SIMMONS (SBN 146400)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-7264
Facsimile:   (415) 436-6748
E-mail:      abraham.simmons@usdoj.gov

Of Counsel
DONALD C. PHILIPS (SBN 129726)
United States Department of Veterans Affairs

Attorneys for Defendant R. James Nicholson, Secretary of the United States Department of Veterans Affairs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Arrolene Burrell,<br><br>    Plaintiff,<br><br>vs.<br><br>R. James Nicholson, Secretary of the United States Department of Veterans Affairs,<br>    Defendant. | Case No.: C-07-4893-JSW<br><br>DECLARATION OF WILLIAM CAHILL |

Pursuant to 28 U.S.C. § 1746, I, William Cahill, declare as follows:

1. I am the Chief of Staff of the United States Department of Veterans Affairs Central California Healthcare System (CCHCS). I have personal knowledge of the following facts and could testify regarding these facts if called to do so. I submit this declaration in support of defendant's venue motion. My permanent duty station is in Fresno, California and I reside in Fresno County. I have been informed that among the allegations in plaintiff's complaint in this action she claims to be the victim of illegal discrimination, including my decision not to select her in December 2004 for the position of Chief, Social Work Service at CCHCS. I deny all

DECLARATION OF WILLIAM CAHILL - 1

allegations of discrimination by me against plaintiff, Arrolene Burrell. Nonetheless, I was the selecting official for the vacancy in 2004 to choose a Chief of the CCHCS Social Work Service.

2. All activity related to my selection of the CCHCS Social Work Service Chief took place in Fresno, California. Specifically, I served on a review panel that conducted interviews of the qualified candidates. Ms. Burrell was interviewed for this position and that interview took place in Fresno. The eventual selectee, Carolyn Hughes, was also interviewed for the position and her interview was also conducted in Fresno.

3. All acts I performed related to my selection of Dr. Hughes as Chief took place in Fresno.

4. The records relevant to Ms. Burrell's discrimination allegations that are related to my selection of Dr. Hughes are maintained in Fresno, California.

5. I am informed that plaintiff alleges in her Complaint that, "Many of the unlawful practices alleged in this complaint occurred in the County of San Francisco, which is situated in the Northern District of California." I can recall no interaction that I had related to the selection of the CCHCS Social Work Service Chief that occurred in the County of San Francisco. Instead, and as stated herein, all activity I conducted related to this issue occurred at the VA Medical Center in Fresno, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 18th day of December, 2007, in Fresno, California.

*[signature]*
WILLIAM CAHILL

DECLARATION OF WILLIAM CAHILL - 2