1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ARROLENE C. BURRELL,

10          Plaintiff,                              No. C 07-04893 JSW

11     v.

12   R. JAMES NICHOLSON,                            **ORDER SETTING BRIEFING
                                                    SCHEDULE**
13          Defendant.
     _____/

14

15          This matter is set for a hearing on February 8, 2008 at 9:00 a.m. on Defendant's motion

16   to dismiss for lack of venue or, in the alternative, to transfer. The Court HEREBY ORDERS

17   that an opposition to the motion shall be filed by no later than January 7, 2008 and a reply brief

18   shall be filed by no later than January 14, 2007.

19          If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23          **IT IS SO ORDERED.**

24   Dated:  December 18, 2007                   _____
                                                 JEFFREY S. WHITE
25                                               UNITED STATES DISTRICT JUDGE

26

27

28

**United States District Court**
For the Northern District of California