MARY DRYOVAGE (CA SBN 112551)
Law Offices of Mary Dryovage
600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone: 415 593-0095
Fax: 415 593-0096
Email: mdryovage@igc.org

Attorney for Plaintiff
ARROLENE C. BURRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROLENE C. BURRELL,<br><br>Plaintiff,<br><br>v.<br><br>R. JAMES NICHOLSON, SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | No. C 07-4893 JSW<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA**<br><br>Date: February 8, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Before: Hon. Jeffery S. White |

Plaintiff, ARROLENE C. BURRELL, through her counsel does not oppose the defendant's motion to transfer this case to the Eastern District of California, Fresno, California, provided that the case is transferred, rather than dismissed. Transfer is in the interest of justice because it avoids statute of limitation problems and the necessity of filing and serving a new action. A proposed order is attached hereto.

Respectfully submitted

/s/ Electronic Signature Authorized

DATED: January 7, 2008

MARY DRYOVAGE
Attorney for Plaintiff

*Burrell v. Nicholson, Secretary of Dept. of Veterans Affairs*
PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO TRANSFER Page 1