MARY DRYOVAGE (CA SBN 112551)
Law Offices of Mary Dryovage

   600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone:   415 593-0095
Fax:   415 593-0096
Email:   mdryovage@igc.org

Attorney for Plaintiff
ARROLENE C. BURRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROLENE C. BURRELL,<br><br>            Plaintiff,<br><br>v.<br><br>R. JAMES NICHOLSON, SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>            Defendant. | No. C 07-4893 JSW<br><br>**[Proposed] ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION** |

     Defendant Nicholson through his counsel Assistant U.S. Attorney Abraham A. Simmons filed a Motion to Dismiss for Lack of Venue or Alternatively to Transfer this Case to the Eastern District of California, Fresno Division. Plaintiff Arrolene C. Burrell, through her counsel Mary Dryovage, entered a statement of non-opposition to the motion, provided that the case is transferred, rather than dismissed. Having read and considered the papers submitted by the parties, the court hereby determines that transfer is in the interest of justice. The clerk of the court is directed to transfer the case to the Eastern District of California, Fresno, California.

**IT IS SO ORDERED.**

**DATED:**                                                  _____
                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE