1  MARY DRYOVAGE (CA SBN 112551)
   Law Offices of Mary Dryovage
2
       600 Harrison Street, Suite 120,
3      San Francisco, CA 94107
       Telephone:    415 593-0095
4      Fax:          415 593-0096
       Email:        mdryovage@igc.org
5
   Attorney for Plaintiff
6  ARROLENE C. BURRELL

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                                              No.  C 07-4893 JSW
10 ARROLENE C. BURRELL,

11                 Plaintiff,                 [Proposed] ORDER TRANSFERRING
                                              CASE TO THE EASTERN DISTRICT
12 v.                                         OF CALIFORNIA FRESNO DIVISION

13 R. JAMES NICHOLSON, SECRETARY OF
   THE U.S. DEPARTMENT OF VETERANS
14 AFFAIRS,

15                 Defendant.

16

17     Defendant Nicholson through his counsel Assistant U.S. Attorney Abraham A.

18 Simmons filed a Motion to Dismiss for Lack of Venue or Alternatively to Transfer this Case to

19 the Eastern District of California, Fresno Division. Plaintiff Arrolene C. Burrell, through her

20 counsel Mary Dryovage, entered a statement of non-opposition to the motion, provided that the

21 case is transferred, rather than dismissed.  Having read and considered the papers submitted by

22 the parties, the court hereby determines that transfer is in the interest of justice. The clerk of the

23 court is directed to transfer the case to the Eastern District of California, Fresno, California.

24

25
   **IT IS SO ORDERED.**
26
   **DATED:**   January 9, 2008
27                                              _____
                                                JEFFREY S. WHITE
28                                              UNITED STATES DISTRICT JUDGE